**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CION ADONIS PERALTA,**          )<br>                                                                )<br>                  Petitioner,              )<br>                                                                )<br>           vs.                                          )<br>                                                                )<br>**D. HERMANS,**                               )<br>                                                                )<br>                 Respondent.             )<br>                                                                )<br>_____ ) | 1:06-cv-01082 AWI WMW HC<br><br>**ORDER DENYING MOTION TO SUBSTITUTE RESPONDENT**<br><br>[Doc. 5] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  On August 29, 2006, Petitioner filed a motion to substitute the correct person as  respondent in this action change the Respondent in this case from D. Hermans to C.C.I. Chastain, et al.  Petitioner provides no explanation for this requested change.

According to the advisory committee note to the Rules Governing Section 2254 Cases in the District Courts, Rule 2, the proper respondent to be served in the usual case may

1  be "either the warden of the institution in which the petitioner is incarcerated or the chief
2  officer in charge of state penal institutions." Rule 2(a), 28 U.S.C. foll. § 2254, advisory
3  committee note.  The warden of Mule Creek State Prison where Petitioner is incarcerated is
4  Richard Subia and the Secretary of the California Department of Corrections and
5  Rehabilitation is James E. Tilton.   The court can discern no basis for changing the
6  respondent in this case to
7  C.C.I. Chastain.   Accordingly, Petitioner's motion is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

**Dated:**   February 14, 2007                      /s/  William M. Wunderlich
mmkd34                                        UNITED STATES MAGISTRATE JUDGE

2